Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd., Suite 340,
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
 abacon@toddflaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SCHAFFER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BROADLEAF MARKETING & SEO, LLC. and DOES 1 through 10, inclusive, and each of them,<br><br>Defendant. | Case No.<br><br>8:20-cv-02435<br><br>**NOTICE OF SETTLEMENT AS TO INDIVIDUAL CLAIMS ONLY** |

   NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has been settled individually. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Dated: March 22, 2022

       LAW OFFICES OF TODD M. FRIEDMAN, P.C.

       By: <u>/s/ Todd M. Friedman</u>
          Todd M. Friedman
          Law Offices of Todd M. Friedman
          Attorney for Plaintiff

## **PROOF OF SERVICE**

  I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On March 22, 2022, I served a true copy of the Notice of Settlement on all counsel of record via the ECF Filing System:

Executed on March 22, 2022.

  [X] I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

  [ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

  [X] I hereby certify under the penalty of perjury that the foregoing is true and correct.

  By: <u>/s/ Todd M. Friedman</u>
     TODD M. FRIEDMAN, ESQ.
     ATTORNEY FOR PLAINTIFF